**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 03 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JUDITH LUCKE,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>MULTNOMAH COUNTY; BERNIE GIUSTO,<br><br>   Defendants - Appellees. | No. 09-35142<br>D.C. No. 3:06-cv-01149-ST<br>District of Oregon, Portland<br><br>**ORDER** |

The Reply Brief submitted on 11/2/09 is filed.

Within five (5) working days of the filing of this order, Appellant is ordered to file ten (10) copies of the brief in paper format, with a Grey cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the CM/ECF button.

            FOR THE COURT:

            Molly C. Dwyer
            Clerk of Court


            By: Fred Taylor
            Deputy Clerk