UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUDITH LUCKE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MULTNOMAH COUNTY and BERNIE GIUSTO,<br><br>        Defendants - Appellees. | No. 09-35142<br><br>D.C. No. 3:06-cv-01149-ST<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

      The judgment of this Court, entered February 12, 2010, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Cost is awarded to the appellee in the amount of $313.50.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk